UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFREM ZIMBALIST MUHAMMAD, | ) | CASE NO. CV 07-4772-DOC (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| N. DAWSON, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   September 8, 2009 .

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~7992679.wpd